

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   9-21-2015
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL NO. 14-168

v.                                          SECTION "I"

LANCE SINGLETON
a/k/a Life Taker

## FACTUAL BASIS

The above-named defendant, Lance SINGLETON, a/k/a "Life Taker," has agreed to plead guilty to Counts One, Two, Three, and Four of the Superseding Indictment. Count One charges the defendant and others with conspiring to possess with the intent to distribute and to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin and two hundred eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 846. Count Two charges the defendant and others with conspiring to possess firearms, in violation of Title 18, United States Code, Section 924(o). Count Three charges the defendant with possessing with the intent to distribute cocaine base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). Count Four charges the defendant with possessing a gun in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

Should this matter have proceeded to trial, the United States of America would have proven beyond a reasonable doubt the following facts to support the allegations against the defendant, SINGLETON:

From on or about January 1, 2010, and continuing until at least on or about October 19,

1

2012, in the Eastern District of Louisiana, and elsewhere, SINGLETON conspired with Harry SMOOT, Frankie HOOKFIN, Ray WOODRUFF, Terrence KELLEY, a.k.a. "Streets," a.k.a. "T," Clifford SONNIER, a/k/a "Dut," Isaac SMITH, a.k.a. "Ike," Christopher BROWN, a.k.a. "Ten," Andre ADDISON, a.k.a. "Dooda," Joequell LEWIS, a.k.a. "Blow," Richard THOMAS, Terrell WADE, a.k.a. "T-Dog," and others to distribute and to possess with the intent to distribute one kilogram of a mixture or substance containing a detectable amount of heroin and two hundred eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base.

During the course of the conspiracy, SINGLETON sold retail amounts of heroin and cocaine base.  SINGLETON also on occasion supplied heroin and cocaine base to other street level dealers who were part of the conspiracy.  From the beginning of 2010 until around April 2012, SMOOT sold SINGLETON ounce quantities of heroin at least once a week.  When SMOOT could not provide SINGLETON with heroin, SMOOT supplied SINGLETON with powder cocaine, which would be converted to cocaine base.  On at least one occasion, SMOOT sold SINGLETON nine ounces of powder cocaine.  SINGLETON primarily sold heroin and cocaine base in the Avondale/Waggaman/Westwego areas.  SINGLETON and other members of the conspiracy sold to dozens of customers on a regular basis.  The government would call cooperating defendants and cooperating witnesses who would testify that they saw SINGLETON engage in drug transaction on scores of occasions.

SINGLETON and his coconspirators typically carried guns in furtherance of their drug trafficking activity.  The government would call cooperating defendants and cooperating witnesses who would testify that they regularly saw SINGLETON and his coconspirators with

guns while engaged in drug trafficking.   Members of the conspiracy provided guns to other members of the conspiracy on occasion.   The government would also introduce evidence of various instances in which SINGLETON and other coconspirators were found in possession of firearms during the course of the gun and drug conspiracies.   SINGLETON engaged in the behavior described in this paragraph from at least 2010 until he went to jail in October 2012.

The government would introduce evidence from social media showing SINGLETON associating with several of his coconspirators, including SMOOT, SMITH, WOODRUFF, HOOKFIN, ADDISON, and SONNIER.   SINGLETON posted many photos with co-conspirators to Facebook, including a photo with several of his coconspirators that has a comment from SINGLETON saying "$Team winning over here$."

SINGLETON was responsible either as a direct result of his own conduct and/or the conduct of his co-conspirators in furtherance of the conspiracy reasonably foreseeable to SINGLETON for the acquisition and distribution of at least three kilograms of heroin and over 280 grams of cocaine base.   Accordingly, the government and the defendant agree and stipulate that for sentencing purposes the defendant will be held responsible for at least three kilograms of heroin, as that amount was distributed or possessed with the intent to be distributed during the course of the conspiracy as a result of the defendant's own direct conduct and/or the conduct of his co-conspirators in furtherance of the conspiracy that was reasonably foreseeable to him.

On January 5, 2012, SINGLETON was operating a vehicle registered to his father near the intersection of Dandelion Drive and Aster Lane in Waggaman, La.   Members of the Jefferson Parish Sheriff's Office observed SINGLETON run a stop sign, and attempted to initiate a traffic stop.   SINGLETON fled from the police officers and abandoned his moving vehicle in front of

3

the residence at 37 Aster Lane. SINGLETON was apprehended in a bush on Goldenrod Lane immediately behind the residence at 37 Aster Lane, and found to be in possession of marijuana during a search incident to arrest. Police recovered in plain view in SINGLETON's vehicle a loaded Glock semiautomatic Model 17 9mm caliber, one sandwich bag containing four grams of marijuana, and one large piece of plastic containing two smaller pieces of plastic containing two grams of cocaine base. SINGLETON did not use cocaine base, and the cocaine base he possessed was for sale to his drug customers. The gun that was recovered was used as protection for SINGLETON while he engaged in drug trafficking. On October 19, 2012, SINGLETON pleaded guilty to being a felon in possession and possessing cocaine in Case Number 12-0488 in the 24th Judicial District Court for Jefferson Parish, which related to the January 5, 2012 incident. The government would introduce certified copies of these convictions into evidence.

This Factual Basis is not intended to constitute a complete statement of all facts known to the Government, but rather is a minimum statement of facts intended to prove the necessary factual predicate for the guilty plea. The limited purpose of this Factual Basis is to demonstrate that there exists a sufficient legal and factual basis for SINGLETON's plea of guilty to Counts One, Two, Three, and Four of the Superseding Indictment.

_____    9/21/15
MYLES RANIER        (Date)
Assistant United States Attorney
LA Bar Roll No. 30029


_____    _____
DAVID ROZAS        (Date)        LANCE SINGLETON        (Date)
Attorney for Defendant                Defendant
LA Bar Roll No.

4