**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 14-168** |
| **v.** | * | **SECTION: "I"** |
| **LANCE SINGLETON** | * | |
| | * * * | |

**NOTICE OF MANUAL ATTACHMENT**

Notice is hereby provided that Exhibits B and C of the United States' Opposition to Lance

Singleton's Motion for Compassionate Release are filed under seal.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY


/s/ *J. Ryan McLaren*
J. RYAN McLAREN
Assistant United States Attorney
LA Bar Roll No. 36577
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3037
E-Mail: ryan.mclaren@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. Additionally, a copy of the foregoing was mailed to pro-se prisoner Lance Singleton, Reg. No. 33977-034, FCI Yazoo City Low, Federal Correctional Institution, P.O. Box 5000, Yazoo City, MS  39194, by placement in the United States Mail, postage prepaid and properly addressed, this 10th day of August, 2022.

/s/ *J. Ryan McLaren*
J. RYAN McLAREN
Assistant United States Attorney